Fill in this information to identify the case:

Debtor name: JUNIPER GTL LLC

United States Bankruptcy Court for the: SOUTHERN District of TEXAS
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RICHARD CONSTRUCTION, INC. 750 PEARL STREET BEAUMONT, TX 77701 | MIKE KRAUTZ (409) 832-7827 MIKE.KRAUTZ@RIG-RDS.COM | TRADE DEBT | | $17,559,718 | unknown | $17,559,718 |
| 2 | RICHARD DESIGN SERVICES, INC. 750 PEARL STREET BEAUMONT, TX 77701 | MIKE KRAUTZ (409) 832-7827 MIKE.KRAUTZ@RIG-RDS.COM | TRADE DEBT | | | | $6,932,796 |
| 3 | PARFAB FIELD SERVICES, LLC 15615 E. 590 ROAD INOLA, OK 74036 | ALVIN MOORE (918) 543-6310 AMOORE@PARFABUSA.COM | TRADE DEBT | | $3,372,377 | unknown | $3,372,377 |
| 4 | J.P MORGAN VENTURES ENERGY CORPORATION 383 MADISON AVE., 10TH FLOOR NEW YORK, NY 10179 | ANTHONY LICATA (212) 623-3573 EBMS.SETTLEMENTS.BMTH@JPMORGAN.COM | INVESTMENT BANKING FEE | D | | | $2,500,000 |
| 5 | HEATEC, INC 5200 WILSON ROAD CHATTANOOGA, TN 37410 | ADRIANO DOS SANTOS (423) 821-7673 ASANTOS@HEATEC.COM | TRADE DEBT | | | | $922,660 |
| 6 | YORK INTERNATIONAL, JOHNSON CONTROLS 100 CV AVENUE WAYNESBORO, PA 17268 | BOB FAHEY (717) 765-2510 ROBERT.F.FAHEY@JCI.COM | TRADE DEBT | | | | $658,990 |
| 7 | WESCO DISTRIBUTION, INC. 9400 NORTH ROYAL LANE, SUITE 100 IRVING, TX 75063 | HEATHER R. KIMMEL (972) 819-1970 (972) 819-1954 HKIMMEL@WESCO.COM | TRADE DEBT | | $541,875 | unknown | $541,875 |
| 8 | SPX COOLING TECHNOLOGIES 7401 WEST 129TH STREET OVERLAND PARK, KS 66213 | ERIC LERDAHL (913) 664-7400 ERIC.LERDAHL@SPX.COM | TRADE DEBT | | | | $514,261 |

Debtor   JUNIPER GTL LLC
         _____    Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CLAY & DOMINGUE, LLC  4755 EAST NAPOLEAN  SULPHUR, LA 70663 | CASEY JONES  (337) 625-6801  CJONES@CLAYANDDOMINGUE.COM | TRADE DEBT | | $471,670 | unknown | $471,670 |
| 10 | AMERICAN TANK AND VESSEL, INC  1005 GOVERNMENT ST.  MOBILE, AL 36604 | JUSTIN CUTTS  (251) 432-8265  JBCUTTS@ATVMOB.COM | TRADE DEBT | | $458,366 | unknown | $458,366 |
| 11 | YOKOGAWA CORP. OF AMERICA  12530 WEST AIRPORT BLVD.  SUGAR LAND, TX 77478 | MIKE TAYLOR  (281) 340-3800  MIKE.TAYLOR@US.YOKOGAWA.COM | TRADE DEBT | | | | $368,764 |
| 12 | WHOLESALE ELEC. SUPPLY CO.  4040 GULF FREEWAY  HOUSTON, TX 77004 | GWEN BOUZIGARD  (713) 748-6100 EXT 272  GBOUZIGARD@WHOLESALEELECTRIC.COM | TRADE DEBT | | $341,036 | unknown | $341,036 |
| 13 | LAYNE CHRISTENSEN CO.  202 WEST LOUISIANA AVENUE  RAYNE, LA 70578 | DAVID MECHE  (337) 334-3126  DAVID.MECHE@LAYNE.COM | TRADE DEBT | | | | $328,178 |
| 14 | SMITH TANK & EQUIPMENT CO.  P.O. BOX 2014  TYLER, TX 75710 | JAMES W. BLAIR, JR.  (903) 597-5541  JB1@SMITHTANK.COM | TRADE DEBT | | $312,508 | unknown | $312,508 |
| 15 | SMITHCO ENGINEERING INC.  P.O. BOX 2014  TYLER, TX 75710 | SCOTT EDWARDS  (918) 388-0339  SEDWARDS@SMITHCO-ENG.COM | TRADE DEBT | | | | $269,804 |
| 16 | REVAK ENGINEERING  20 BAY HARBOR DRIVE  LA PORTE, TX 77571 | LYNN REVAK  (281) 471-5958  LAREVAK@COMCAST.NET | TRADE DEBT | | | | $239,102 |
| 17 | LINDE ENGINEERING N. AM.  3700 W SAM HOUSTON PKWY  SOUTH SUITE 425  HOUSTON, TX 77042 | ALFREDO GIBBS  (281) 717-9061  ALFREDO.GIBBS@LINDE-LE.COM | TRADE DEBT | | | | $196,693 |
| 18 | APACHE INDUSTRIAL SERVICES  315 ELLENDER ST.  SULPHUR, LA 70663 | DAVID B PATRICK  (337) 625-6771  DDORRIS@APACHEIP.COM  DPATRICK@APACHEIP.COM | TRADE DEBT | | $192,581 | unknown | $192,581 |
| 19 | Shroff & Associates (Engineers) Pvt. Ltd.  B-401, CENTAUR HOUSE,  SHANTINAGAR, VAKOLA  PIPELINE ROAD, SANTACRUZ (E) | Pankaj Shroff  +919820239608  Pankaj.Shroff@shroffindia.com | TRADE DEBT | | | | $169,400 |
| 20 | Pyramid Instrumentation & Electrical Corporation  1400 Woodloch Forest Drive, Ste. 410  The Woodlands, TX 77380 | Randal Wichuk  (346) 201-3749  RWichuk@ptwenergy.com | TRADE DEBT | | | | $153,742 |