# United States Bankruptcy Court
## Southern District of Texas

In re **Juniper GTL LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Juniper GTL LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**New Source Fuels**
**3 Riverway**
**Suite 1050**
**Houston, TX 77056**

☐ None [*Check if applicable*]

April 13, 2016
Date

/s/ Mark W. Wege
**Mark W. Wege 21074225   TX**
Signature of Attorney or Litigant
Counsel for **Juniper GTL LLC**
**King & Spalding LLP**
**1100 Louisiana**
**Suite 4000**
**Houston, TX 77002-5213**
**(713) 751-3200 Fax:(713) 751-3290**