IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 16-31959 |
| JUNIPER GTL LLC[1] | : | |
| | : | |
| | : | |
| Debtor. | : | |

---

## NOTICE OF FILING OF FORM OF RESTRUCTURING SUPPORT AGREEMENTS AND SUMMARY OF PLAN SUPPORT

**PLEASE TAKE NOTICE** that prior to the filing of Juniper GTL LLC's (the "Debtor") voluntary petition for relief under chapter 11 of title 11 of the United States Code, the Debtor entered into restructuring support agreements (each a "Restructuring Support Agreement") with most of its creditors.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a chart listing, among other things. each of the Debtor's creditors that has executed a Restructuring Support Agreement, each creditor's respective class contemplated under *Juniper GTL LLC's Chapter 11 Plan of Liquidation* [Docket No. 19], and the total number and amount of Restructuring Support Agreements received in each class.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a form of the Restructuring Support Agreement, substantially in the form executed by the majority of the Debtors creditors.[2]

---

[1] The last four digits of the Debtor's federal tax identification number is 3161. The Debtor's mailing address is 3 Riverway, Suite 1050, Houston, Texas 77056.

[2] Please note that certain modifications were made to the Restructuring Support Agreements executed by Great Northern Liquid Fuels, LLC, and Richard Construction, Inc./Richard Design Services, Inc. to reflect those parties respective agreements with, and classification of claims against, the Debtor regarding its chapter 11 case.

Respectfully Submitted,

Date:   April 15, 2016
       Houston, Texas

/s/Mark W. Wege
Mark W. Wege (Texas Bar No. 21074225)
Edward L. Ripley (Texas Bar No. 16935950)
Jason S. Sharp (Texas Bar No. 24079897)
KING & SPALDING, LLP
1100 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:  713-751-3200
Facsimile:  713-751-3290
Email: MWege@kslaw.com
       ERipley@kslaw.com
       JSharp@kslaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*