IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

In re:                                    :   Chapter 11
                                          :
                                          :   Case No. 16-31959
JUNIPER GTL LLC[1]                        :
                                          :
                                          :
            Debtor.                       :

---

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor's Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement") were prepared by the Debtor's management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statement. Accordingly, the Debtor reserves its right to amend and/or supplement their Schedules and Statement from time to time as may be necessary or appropriate and will do so as information becomes available.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

In the event that the Schedules and Statement differ from the Global Notes, the Global Notes shall control.

### General Comments

**Reservation of Rights.** The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability and

---

[1] The last four digits of the Debtor's federal tax identification number is 3161. The Debtor's mailing address is 3 Riverway, Suite 1050, Houston, Texas 77056.

28791503.v2

classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

**Basis of Presentation.** These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to major creditors or equity holders on an intermittent basis.

The Schedules and Statement have been signed by David Rush, Chief Restructuring Officer. In reviewing and signing the Schedules and Statements, Mr. Rush has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel located at the Debtor's offices who report to Mr. Rush, either directly or indirectly. Mr. Rush has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

**Date of Valuations.** Except as otherwise noted in the Schedules and Statement, all liabilities are valued as of the date of the filing of the Debtor's chapter 11 petition for relief (the "Petition Date") and all assets as of December 31, 2015 (with the exception of cash which is listed as of the Petition Date).

**Causes of Action.** The Debtor has made its best efforts to set forth known causes of action against third parties as assets in its Schedules and Statement. The Debtor reserves all of its rights with respect to causes of action it may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

**Claims.** Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that the claim is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent," or "unliquidated."

## Schedules

## Schedule D – Creditors Holding Secured Claims

Except as otherwise ordered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

## Schedule G – Executory Contracts and Unexpired Leases

While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter, and other documents, instruments, and agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.

***END OF GLOBAL NOTES***

28791503.v2

Fill in this information to identify the case:

Debtor name: Juniper GTL LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 16-31959

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 1,416,095

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 101,506,166

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 102,922,261

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............. $ 23,908,560

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................... $ 612,288

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...... + $ 19,224,668

4. **Total liabilities.......................................................................................** $ 43,745,516
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  Juniper GTL LLC

United States Bankruptcy Court for the: Southern  District of Texas
(State)

Case number (If known): 16-31959

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor
   
   Current value of debtor's interest

2. Cash on hand  $ 500.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JPMorgan Chase | Checking | 2 3 0 0 | $ 19,016 |
| 3.2. JPMorgan Chase | Checking | 1 7 8 6 | $ 1,475,154 |

4. Other cash equivalents *(Identify all)*

   4.1. NONE  $
   4.2.  $

5. **Total of Part 1**  $ 1,494,670
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit
   7.1. See Exhibit  $ 510,635
   7.2.  $

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 1

Debtor __Juniper GTL LLC_____   Case number (if known) __16-31959__
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. See Exhibit _____   $ 1,000,000
   8.2. _____   $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                  $ 1,510,635

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                       Current value of debtor's
                                                                       interest

11. **Accounts receivable**

    11a. 90 days old or less:    _____ − _____ = →    $ _____
                                  face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ − _____ = →    $ _____
                                  face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 0

---

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                  Valuation method        Current value of debtor's
                                                  used for current value  interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____   _____   $ _____
    14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:
    15.1. _____    _____ %    _____   $ _____
    15.2. _____    _____ %    _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:
    16.1. _____   _____   $ _____
    16.2. _____   _____   $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                $ 0

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 2

Debtor   Juniper GTL LLC
         Name                                                              Case number (if known) 16-31959

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | MM / DD / YYYY | $ | | $ |
| 20. Work in progress | MM / DD / YYYY | $ | | $ |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $ | | $ |
| 22. Other inventory or supplies | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**                                                                                           $ 0
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ |

Debtor    Juniper GTL LLC                                   Case number (if known) 16-31959
          Name

33. **Total of Part 6.**                                                                          $ 0
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** None | $ | | $ 0 |
| 40. **Office fixtures** Main gate refurbishment and repair | $ 12,534 | Book | $ 12,534 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Exhibit | $ 9,341 | Book | $ 9,341 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**                                                                          $ 21,875
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 4

Debtor  Juniper GTL LLC  
      Name

Case number (if known) 16-31959

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    - ☐ No. Go to Part 9.
    - ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

   47.1 _____ $_____ _____ $_____
   47.2 _____ $_____ _____ $_____
   47.3 _____ $_____ _____ $_____
   47.4 _____ $_____ _____ $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____ $_____ _____ $_____
   48.2 _____ $_____ _____ $_____

49. Aircraft and accessories

   49.1 _____ $_____ _____ $_____
   49.2 _____ $_____ _____ $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

   See Exhibit                      $ 98,478,986    Book       $ 98,478,986

51. **Total of Part 8.**  
    Add lines 47 through 50. Copy the total to line 87.          $ 98,478,986

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - ☒ No
    - ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - ☐ No
    - ☒ Yes

Debtor  Juniper GTL LLC
_____Name_____

Case number (if known) 16-31959

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Gas to liquids facility site (Olin) Westlake, LA | fee | $1,116,095 | Book | $1,116,095 |
| 55.2 Gas to liquids facility site (Arch/Lonza) Westlake, LA | fee | $300,000 | Book | $300,000 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $1,416,095
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.** $0
    Add lines 60 through 65. Copy the total to line 89.

Debtor  Juniper GTL LLC
        Name

Case number (if known)  16-31959

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☒ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____ = → $_____
                                       Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____                                                    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                                                    $_____
    Nature of claim       _____
    Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                                    $_____
    Nature of claim       _____
    Amount requested      $_____

76. **Trusts, equitable or future interests in property**
    _____                                                    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                                                    $_____
    _____                                                    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                  $ 0

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 7

Debtor  Juniper GTL LLC  
Name  

Case number (if known) 16-31959

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $1,494,670 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $1,510,635 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | |
| 83. Investments. Copy line 17, Part 4. | $0 | |
| 84. Inventory. Copy line 23, Part 5. | $0 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $21,875 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $98,478,986 | |
| 88. Real property. Copy line 56, Part 9. | → | $1,416,095 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0 | |
| 90. All other assets. Copy line 78, Part 11. | + $0 | |
| 91. Total. Add lines 80 through 90 for each column. ......... 91a. | $101,506,166 | + 91b. $1,416,095 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............ $102,922,261

The amount reflected represents book values and not current market valuations of the Debtor's property interest. Except as otherwise noted, each asset and liability is shown on the basis of net book value of the asset or liability in accordance with the Debtor's accounting and/or tax books and records as of December 31, 2015 for asset values. Unless otherwise noted, the Schedules reflect the carrying value of the assets and liabilities as listed in the Debtor's books, and are not based upon any estimate of their current market values, which may not correspond to book values. Except as otherwise noted, the Debtor's assets are presented, in detail, as they appear on the Debtor's accounting sub-ledgers.

The Debtor believes that certain of its assets, including the machinery and equipment, which currently account for approximately $98.5 million of the aggregate value of the Debtor's assets, may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtor's chapter 11 case. The Debtor also believes that certain owned property may have been impaired by, among other things, the events leading to, and the commencement of, the Debtor's chapter 11 case. The Debtor has not formally evaluated the appropriateness of the carrying values ascribed to its assets prior to the commencement of this chapter 11 case.

In re Juniper GTL LLC
Case No. 16-31959
Exhibit - Schedule A/B

**Schedule A/B: Part 2, Question 7: Deposits, including security deposits and utility deposits**

| Name of Holder of the Deposit | Description of the Deposit | Current Value of Debtor's Interest |
|---|---|---:|
| Emerging Fuels Technology | Catalyst Deposit | $250,000 |
| Emerging Fuels Technology | Catalyst Deposit | $250,000 |
| AT&T | 2 Month Security Deposit | $2,135 |
| Olin Corporation | Deposit of Land Storage | $6,000 |
| Infinisource | FSA Card Setup | $2,500 |
| | | $510,635 |

In re Juniper GTL LLC
Case No. 16-31959
Exhibit - Schedule A/B

| Schedule A/B: Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, Insurance, taxes, and rent | | |
|---|---|---|
| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
| Emerging Fuels Technology | Catalyst Prepayment | $150,000 |
| Emerging Fuels Technology | Catalyst Prepayment | $200,000 |
| Emerging Fuels Technology | Catalyst Prepayment | $500,000 |
| Emerging Fuels Technology | Catalyst Prepayment | $150,000 |
| | | $1,000,000 |

In re Juniper GTL LLC
Case No. 16-31959
Exhibit - Schedule A/B

| Schedule A/B: Part 7, Questions 41 - Office equipment, including all computer equipment and communication systems equipment and software | | | |
|---|---|---|---|
| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
| Cisco Cataylst 3750X Port PoE IP Base | $4,622.30 | Book | $4,622 |
| Cisco 2911 UC Bundle with PVDM3-16FL-CME-SRST-25 UC License l | $1,453.81 | Book | $1,454 |
| Cisco 2911 VOIP/Security Bundle | $3,265.17 | Book | $3,265 |
| | | | $9,341 |

In re Juniper GTL LLC
Case No. 16-31959
Exhibit - Schedule A/B

| Schedule A/B: Part 8. Questions 50 - Other machinery, fixtures, and equipment | | | |
|---|---|---|---|
| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories; Aircraft and Accessories; Other Machinery, Fixtures, and Equipment) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
| Partially complete gas-to-liquids facility (1) | $96,484,382 | Book | $96,484,382 |
| Wax Upgrading - Hydogenation and SPDU Skid Packages (1) | $1,196,762 | Book | $1,196,762 |
| Wax Upgrading - Hydogenation and SPDU Skid Packages (1) | $398,921 | Book | $398,921 |
| Wax Upgrading - Hydogenation and SPDU Skid Packages (1) | $398,921 | Book | $398,921 |
| | | | $98,478,986 |
| NOTE: (1) Value reflects the assets' book value and is not intended to reflect market value | | | |